IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| ALAN GUEST, | ) |
| Petitioner, | ) ) ) |
| v. | ) 5:18-cv-018 |
| | ) 5:14-cr-017 |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

ORDER

The appeal in the above-titled action having been dismissed by the Eleventh Circuit, U.S. Court of Appeals;

IT IS HEREBY ORDERED that the mandate of the Eleventh Circuit, U.S. Court of Appeals, is made the Order of this Court.

SO ORDERED this __3__ day of __Jan__, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA